# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER DIMENNA

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND THOMAS
ERWIN

NO. 2021 CW 0403

APRIL 23, 2021

---

In Re: USAA Casualty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662242.

---

BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's correspondence advising that the underlying litigation has settled and this writ application can be disregarded.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT